UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-19543
Anthony F. Rasmason )
Loredana M Rasmason )  Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation to:

   a) Defer the current trustee default to the end of the Plan;

   b) Extend the Chapter 13 Plan term over 60 months in accordance with 11 U.S.C. §1329(d)(1); and

   c) The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter:  *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 01, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600