UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-19543 |
|---|---|---|
| Anthony F. Rasmason | ) | |
| Loredana M Rasmason | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE PLAN POST CONFIRMATION**

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation by increasing the plan payment to $2,072 a month beginning January 2023 until the end of the plan and to defer the current trustee default to the end of the Plan; and

2. The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: January 09, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600